United States Courts
Southern District of Texas
FILED

MAR 2 7 2026

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

ERICK SCOTT BLACKWOOD-HEAD,
a/k/a ERICK SCOTT HEAD,
   Plaintiff,

v.

ERIC HEAD, et al.,
   Defendants.

Civil Action No. _____
CORPUS CHRISTI DIVISION

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
**PURSUANT TO 28 U.S.C. § 1915**

Plaintiff Erick Scott Blackwood-Head, a/k/a Erick Scott Head, respectfully applies to this

Court pursuant to 28 U.S.C. § 1915 for leave to proceed in forma pauperis in the

above-captioned action, without prepayment of fees or costs or the necessity of giving security

therefor. In support of this application, Plaintiff states under penalty of perjury:

**I. IDENTITY AND CONTACT INFORMATION**

**Full Legal Name:**  Erick Scott Blackwood-Head, a/k/a Erick Scott Head

**Date of Birth:**  November 2, 1990

**Address:**  2202 Nodding Pines Drive, Apt. 232, Corpus Christi, Texas 78414

**Telephone:**  (361) 463-9030

**Email:**  kirect1@gmail.com

**II. EMPLOYMENT AND INCOME**

Plaintiff is not currently employed in a traditional employment relationship. Plaintiff's

nursing license was revoked by the Texas Board of Nursing on August 19, 2025, eliminating his

primary professional income source. This revocation is a direct result of the conduct challenged in the simultaneously filed Complaint and in related Civil Action Nos. 4:25-cv-00703 and 2:25-CV-00121 (S.D. Tex.).

**Current Employer:**  None / Unemployed
**Monthly Employment Income:**  $0.00

**Other Income Sources:**

**Plasma Donation Income (approximate):** $ _____~400_____ per month
**Any other income:** $ 0.00

**Total Monthly Income (approximate):** $ _____~400_____

### III. ASSETS

Do you own any real estate?  **[ ] Yes    [x] No**
**If yes, describe and state value:** N/A

Do you own a motor vehicle?  **[ ] Yes    [x] No**
**If yes, describe and state value:** N/A — vehicle access was terminated by coordinated action documented in this complaint

Do you have a bank account?  **[ ] Yes    [x] No**
**If yes, state approximate balance:** $ _____

**Cash on hand (approximate):** $ _____0_____

Do you own any stocks, bonds, or other securities?  **[ ] Yes    [x] No**
**If yes, describe and state value:** N/A

Do you own any other property of value?  **[ ] Yes    [x] No**
**If yes, describe:** N/A

## IV. DEBTS AND OBLIGATIONS

Plaintiff has the following outstanding debts and financial obligations:

**Rent / Housing:** Apartment rent arrearages claimed by TAM Residential, approximately $7,000+, accrued during the period of economic strangulation documented in the Complaint:

**Other debts:** Credit card and loan debt of approx $5000

## V. DEPENDENTS

**Number of dependents:** _____N/A_____

**Relationship(s):** _____

## VI. PRIOR IN FORMA PAUPERIS APPLICATIONS

Plaintiff has filed the following prior actions in federal court with IFP status granted:

• Civil Action No. 4:25-cv-00703 (S.D. Tex., Houston Division) — IFP granted

• Civil Action No. 2:25-CV-00121 (S.D. Tex., Corpus Christi Division) — IFP granted

• Civil Action No. 2:25-cv-00252 (S.D. Tex.) — IFP granted

• Civil Action No. 1:25-cv-03405 (D.D.C.) — dismissed December 2025

Plaintiff has not, while incarcerated or detained in any facility, brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted.

## VII. STATEMENT OF INABILITY TO PAY

Plaintiff's monthly income — consisting of disability benefits and sporadic plasma donation proceeds — is insufficient to pay the filing fee of $405 for a civil complaint in this Court without depriving Plaintiff of the necessities of life. Plaintiff's nursing license has been revoked as a direct result of the conduct at issue in this action, eliminating the professional income that would otherwise have enabled him to pay litigation costs. Plaintiff's housing, transportation, and food access have been systematically disrupted by the same conduct, as documented in the Complaint. Plaintiff's ability to pursue this action depends on the Court's grant of IFP status.

Plaintiff has previously been granted IFP status in three related federal actions in the Southern District of Texas arising from the same pattern of conduct. The factual and financial circumstances that warranted IFP status in those actions continue to apply, and have if anything worsened following the August 19, 2025 nursing license revocation.

Plaintiff respectfully requests that this Court grant leave to proceed in forma pauperis, waiving the filing fee and all related costs, and directing the United States Marshals Service to effect service of process pursuant to Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. § 1915(d).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____3/26/26_____, 2026

_____

Erick Scott Blackwood-Head, a/k/a Erick Scott Head

Pro Se Plaintiff

2202 Nodding Pines Drive, Apt. 232

Corpus Christi, Texas 78414

(361) 463-9030 | kirect1@gmail.com