United States Courts
Southern District of Texas
FILED

MAR 27 2026

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

ERICK SCOTT BLACKWOOD-HEAD,
a/k/a ERICK SCOTT HEAD,
  Plaintiff,

v.

ERIC HEAD, et al.,
  Defendants.

Civil Action No. _____
CORPUS CHRISTI DIVISION

**PLAINTIFF'S MOTION FOR SERVICE OF PROCESS
BY THE UNITED STATES MARSHALS SERVICE
PURSUANT TO FED. R. CIV. P. 4(c)(3) AND 28 U.S.C. § 1915(d)**

---

Plaintiff Erick Scott Blackwood-Head, proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915, respectfully moves this Court pursuant to Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. § 1915(d) for an order directing the United States Marshals Service to effect service of process on all Defendants in the above-captioned action.

**GROUNDS**

1. **Statutory Authority.** Fed. R. Civ. P. 4(c)(3) provides that the court must order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court when the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915. Upon this Court's grant of Plaintiff's simultaneously filed Application to Proceed In Forma Pauperis, service by the United States Marshals Service is mandatory, not discretionary.

2. **Plaintiff's Inability to Effect Private Service.** Plaintiff's economic circumstances — the product in significant part of the conduct challenged in this action — preclude retention of a private process server. Plaintiff's income consists of disability benefits and sporadic plasma donation proceeds. His nursing license was revoked on August 19, 2025, eliminating professional income. His vehicle access was terminated by the coordinated conduct documented in the Complaint. Plaintiff is physically unable to effect personal service on Defendants located in San Antonio, Spring (ExxonMobil), Seattle, Dallas (registered agent), and the Corpus Christi area.

3. **Safety Concerns.** Plaintiff has documented in the Complaint and in related Civil Action Nos. 4:25-cv-00703 and 2:25-CV-00121 (S.D. Tex.) a pattern of physical assaults in custody and in the community consistent with coordinated targeting. FBI/DHS documents referencing a "long-term plot to photograph and assassinate" Occupy movement leadership — a category that includes Plaintiff — have been withheld from Plaintiff despite FOIA demands. Plaintiff's three documented custodial assaults across three jurisdictions demonstrate that this threat is active and ongoing. These circumstances make personal service by Plaintiff or an agent retained by Plaintiff inappropriate and potentially dangerous. Service by the United States Marshals Service provides appropriate institutional protection for the service process.

4. **Defendant Addresses for Service.** Plaintiff provides the following addresses for service upon each Defendant:

| Defendant | Service Address |
| --- | --- |
| Eric Head | Last known residential address: 903 Ibis Drive, Rockport, Texas. Plaintiff requests Marshal service at this address. |

| Defendant | Service Address |
|-----------|-----------------|
| Kimberly Fowler Head | Last known residential address: 903 Ibis Drive, Rockport, Texas. Also: Education to Employment Partners d/b/a Elevate 361, Corpus Christi, Texas (place of employment). Plaintiff requests Marshal service at residential address. |
| Trellis Foundation | Registered Agent / Principal Office: Houston, Texas. Plaintiff will supplement with registered agent address upon confirmation from Texas Secretary of State records. |
| H-E-B Grocery Company, L.P. | Registered Agent: H-E-B Grocery Company, L.P., 646 South Main Avenue, San Antonio, Texas 78204 (or current registered agent address per Texas Secretary of State). |
| ExxonMobil Corporation | Registered Agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201 (or current registered agent address per Texas Secretary of State). |
| Linda Walker | Last known address: Corpus Christi, Texas area. Service may also be attempted through ExxonMobil Corporation's registered agent. Plaintiff will supplement with specific residential address upon confirmation. |
| Bill & Melinda Gates Foundation | Registered Agent / Principal Office: 500 Fifth Avenue North, Seattle, Washington 98109. Service may also be effected through registered agent in Washington State. |

Plaintiff notes that the residential address for Defendants Eric Head and Kimberly Fowler Head — 903 Ibis Drive, Corpus Christi, Texas — is based on Plaintiff's personal knowledge as the last known residential address. The specific residential address for Defendant Linda Walker is subject to confirmation and will be supplemented by filing with the Court promptly upon confirmation. Plaintiff requests that the Court direct the Marshals Service to serve Defendant Walker upon Plaintiff's supplemental address filing.

5. **Related Actions.** This Court previously directed Marshal service in Civil Action Nos. 4:25-cv-00703 and 2:25-CV-00121 under the same IFP authority. The same basis supports Marshal service in this action.

**RELIEF REQUESTED**

Plaintiff respectfully requests that this Court:

1. Grant this Motion and direct the United States Marshals Service to effect service of the Summons and Complaint on all Defendants at the addresses identified above and any supplemental addresses filed by Plaintiff;

2. Direct the Clerk of Court to issue Summonses for each Defendant upon filing of this Complaint and grant of the IFP application; and

3. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

Erick Scott Blackwood-Head, a/k/a Erick Scott Head

Pro Se Plaintiff

2202 Nodding Pines Drive, Apt. 232

Corpus Christi, Texas 78414

(361) 463-9030 | kirect1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on ___March 26___, 2026, a true and correct copy of the foregoing Motion was filed with the Court. As this action has not yet been served on Defendants, no certificate of service on opposing counsel is required at this time. Service will be effected by the United States Marshals Service upon this Court's order.

Erick Scott Blackwood-Head